UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOHAN A. HARIHAR                                CIVIL ACTION NO: 15-cv-11880

Plaintiff

vs.

WELLS FARGO NA,
US BANK NA,
RMBS CMLTI 2006 AR-1,
COMMONWEALTH OF MASSACHUSETTS,
HARMON LAW OFFICES PC,
NELSON MULLINS RILEY AND SCARBOROUGH LLP,
K&L GATES LLP
MARTHA COAKLEY
DAVID E. FIALKOW – ESQ,
JEFFREY PATTERSON – ESQ,
PETER HALEY – ESQ,
KURT R. MCHUGH – ESQ,
MARY AND KEN DAHER – DAHER COMPANIES,
JEFFREY AND ISABELLE PERKINS

Defendants


**AMENDMENT TO ORIGINAL COMPLAINT FILED IN ACCORDANCE OF FEDERAL CIVIL PROCEDURE RULE 15 (a)(1)**


The Plaintiff, **MOHAN A. HARIHAR**, acting *pro se*, respectfully files this amendment and update, as indicated in the originally filed complaint. This amendment addresses:

1. <u>Recent decisions announced by the Middlesex Superior Court and the Northeast Housing Court.</u>

a. **Middlesex Superior Court** – The Plaintiff first wishes to recognize the Courts' decision to correctly **DENY** the Defendants' attempt to bar future filings of the Plaintiff. Additionally recognized is a NO-DECISION pertaining to attempts by Defendants to collect related Appellate (Brief) costs. However, considering the enormity of DOCUMENTED evidence and information supporting the Plaintiff's consistent claims, clear concerns pertain to the Court's decisions DENYING Injunctive Relief, the Return of Escrowed Funds, and Notifying the Massachusetts Board of BAR Overseers/BAR Counsel. **Consistent with historical decisions related to this matter, the Court fails to provide ANY clarification or rationale supporting its decisions.**[1] Furthermore, the denial of injunctive relief, and the proper release of escrowed funds back to the Plaintiff impacts state of indigence/pauperism, and the Plaintiff's ability to pay the Court fees associated with this Docket.

b. **Northeast Housing Court** – Similarly with regard to the decision releasing $249 in Bond funds, the Court has seemingly ignored ALL supporting evidence and information provided by this *pro se* litigant.

---

[1] A Motion requesting clarification and reconsideration has been filed with the Middlesex Superior Court.

    c. These recent decisions by both Massachusetts Courts, further exemplify the Commonwealth's clear refusal to take corrective action, thus allowing harm and accruing damages to unnecessarily continue towards this Plaintiff. These disturbing concerns provide additional support, questioning (at minimum) the integrity of the Judicial system within the Commonwealth of Massachusetts.

    d. The Plaintiff respectfully re-states the necessity to assign a Special Prosecutor, the initiation of multiple internal investigations, and the alignment of a necessary criminal complaint(s), in conjunction with this filed Civil Docket.

2. With the recent decision made by the Middlesex Superior Court (MA), the Plaintiff respectfully files in accordance of Federal Rules of Civil Procedure – Local Rule 65, with this Federal District Court, a **Motion requesting Injunctive Relief to the Plaintiff (Motion filed separately)**.

3. With the recent decision made by the Middlesex Superior Court (MA), the Plaintiff respectfully files in accordance of Federal Rules of Civil Procedure – Local Rule 65, with this Federal District Court, a Motion requesting a **Temporary Restraining Order – TRO (Motion filed separately)**.

4. With the recent decision made by the Middlesex Superior Court (MA), the Plaintiff will **temporarily postpone** filing a Motion

to inform the Massachusetts Board of BAR Overseers/BAR Counsel, as the details of attorney misconduct (alleged) is planned to be addressed in the forthcoming trial.

5. Based on the recent actions aligning with referenced misconduct, as witnessed in the Middlesex Superior Court and the Northeast Housing Court, and as indicated in the original complaint, the Plaintiff now expands the list of Defendants to include the following parties:

   a. K&L Gates LLP.[2]

   b. Kurt R. McHugh, ESQ.[3]

   c. Martha Coakley, MA Attorney General (Former)[4]

6. The Plaintiff wishes to inform the Court of recent efforts made by the Massachusetts Office of the Attorney General – to **BLOCK this Plaintiff from following and viewing @MassAGO's Tweets on Social Media**. There has been no communication received by this Plaintiff to explain why this has occurred.

---

[2] K&L Gates is a global law firm with an Office in Boston located at State Street Financial Center, One Lincoln Street, Boston, MA 02111 (See Exhibit A, Follow-up communication delivered via email communication by the Plaintiff – Mohan A. Harihar, to the Director of Human Resources of K&L Gates, Bryan Olson. Multiple parties copied on this communication include: The Federal Bureau of Investigation, The US Attorney's Office, Governor Charlie Baker (MA), US Senator Elizabeth Warren (MA), US Senator Ed Markey (MA), Congresswoman Nikki Tsongas (MA), State Senator Eileen Donohue (MA), Attorney General Maura Healey (MA), and the Consumer Financial Protection Bureau (CFPB).
[3] Kurt R. McHugh is an attorney employed by Harmon Law Offices PC, with a business address located at 150 California Street, Newton, MA 02458.
[4] Martha Coakley is the former Massachusetts Attorney General who is believed to reside at 44 Coolidge Road, Medford, MA 02155.

7. The Plaintiff has again followed-up with communications to both the US Attorney's Office, as well as the Federal Bureau of Investigation (FBI) regarding this matter, and is awaiting a response from Federal Prosecutors regarding next steps.

8. The Plaintiff's efforts to secure an experienced and qualified legal team are ongoing.

Respectfully Submitted,

*/s/ Mohan A. Harihar*

Mohan A. Harihar
168 Parkview Avenue
Lowell, MA 01852
617.921.2526 (Mobile)
mcharihar@comcast.net