## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Mohan A. Harihar
   Plaintiff

  V.

US Bank NA, et al.
   Defendant

CIVIL ACTION

NO. 15-11880-ADB

## ORDER OF DISMISSAL

Burroughs, D. J.

  In accordance with the Court's Memorandum and Order dated  3/31/17  granting the defendants' Motions to Dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

               By the Court,

 3/31/17            /s/ Karen Folan
 Date              Deputy Clerk