# United States Court of Appeals
## For the First Circuit

No. 17-1381

MOHAN A. HARIHAR,

Plaintiff, Appellant,

v.

US BANK NA; RMBS CMLTI 2006 AR-1; COMMONWEALTH OF MASSACHUSETTS; HARMON LAW OFFICES, P.C.; NELSON MULLINS RILEY & SCARBOROUGH, LLP; PETER HALEY; MARY DAHER; KEN DAHER; DAHER COMPANIES; JEFFREY PERKINS; ISABELLE PERKINS; WELLS FARGO BANK, N.A.; KURT MCHUGH; MARTHA COAKLEY; K&L GATES LLP,

Defendants, Appellees,

DAVID E. FIALKOW, Esq.; JEFFREY PATTERSON, Esq.,

Defendants.

Before

Torruella, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 17, 2018

    Mohan A. Harihar ("Harihar") appeals from the district court's decisions dismissing his foreclosure-related claims. The appellees have moved for summary disposition on the grounds that Harihar has not presented a substantial question for review in his opening brief. We grant the appellees' motions for summary disposition and affirm the judgment of the district court.

    We bypass the jurisdictional issue raised by the appellees regarding the scope of the appeal. <u>See</u> <u>United States</u> v. <u>Kar</u>, 851 F.3d 59, 64 n.5 (1st Cir.) (noting that "[t]he defects in the notice of appeal do not bear upon Article III subject matter jurisdiction"), <u>cert. denied</u>, 138 S. Ct. 161 (2017). Harihar has offered no argument in his opening brief to suggest reversible error in the district court's two decisions granting the defendants' motions to dismiss. Harihar has thus waived any

challenge to the district court's disposition of the merits of his claims.  See Best Auto Repair Shop, Inc. v. Universal Ins. Grp., 875 F.3d 733, 737 (1st Cir. 2017) (affirming merits decision on waiver grounds where appellants failed to address the decision in opening brief).

We have reviewed the other claims of error identified in Harihar's opening brief and conclude that they lack merit.  Accordingly, we affirm the judgment of the district court in all respects.  See 1st Cir. Loc. R. 27.0(c).

Harihar's pending Demand for Entry of Default Judgment is denied.  We deny Harihar's remaining pending motions as repetitive of previous requests for relief that the court has already denied, or as moot.  The appellees' and Defendants Jeffrey S. Patterson and David E. Fialkow's requests for attorney's fees and other relief is denied.

Affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:     Mohan A. Harihar
        David E. Fialkow
        Jesse Mohan Boodoo
        Kurt R. McHugh
        Kevin Patrick Polansky
        Matthew T. Murphy
        Jeffrey B. Loeb
        David Glod