# UNITED STATES DISTRICT COURT

for the
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MOHAN A HARIHAR | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Docket No. 15-cv-11880 |
| v. | ) | |
| | ) | |
| US BANK, et al | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF REPLY TO VOID ORDER ISSUED BY RECUSED JUDGE – HON. ALLISON DALE BURROUGHS – A VIOLATION UNDER ARTICLE III AND 18 U.S. CODE § 2381. TREASON

On **Monday, July 29, 2019**, the Plaintiff, Mohan A. Harihar, a pro se litigant with no legal

experience, received an ECF email communication from this US District Court that included an

**ORDER** issued by **RECUSED Judicial Officer – Hon. Allison Dale Burroughs**. A copy of

Judge Burroughs' Recusal order from **June 19, 2017** is attached as reference.[1] Based on the

Plaintiff's understanding of Federal law, Judge Burroughs' 2017 recusal of record indicates that

she is **disqualified** from ruling further in the case she recused herself from, and any related case

– including (but not limited to) this civil complaint. The Court is aware that as a matter of

record, the Plaintiff had previously filed a judicial misconduct complaint against the judge

(prior to her recusal), which included **SIX (6) separate violations to ARTICLE III and 18**

**U.S. Code § 2381**, for continuing to issue orders after jurisdiction had been lost. Despite

bringing these egregious judicial abuses to the attention of: **(1)** this US District Court; **(2)** the 1st

---

[1] **See Exhibit A**

Circuit Chief Judge (via a filed judicial misconduct complaint); **(3)** the 1st Circuit Judicial

Council; **(4)** the Office of the 1st Circuit Executive; and **(5)** the Administrative Office of US

Courts – **NO CORRECTIVE ACTION has ever been initiated**. Even after the judge's

recusal, this Court has yet to **VOID the Dismissal (and ALL related) order(s) issued by**

**Judge Burroughs.** As a matter of record these **IDENTICAL PATTERNS OF CORRUPT**

**CONDUCT** have continued in the First Circuit Court of Appeals and The US Supreme Court,

resulting in what is now being considered nationwide as – **THE MOST EGREGIOUS**

**ABUSE OF JUDICIAL POWER IN THE HISTORY OF THE UNITED STATES**. The

Plaintiff is currently preparing to file a new complaint against The United States in the US

Court of Federal Claims, as he has now evidenced systemic failures at **every level** of the MA

State and Federal Judiciary, including The United States Supreme Court. **This includes an**

**evidenced <u>broken process for addressing judicial misconduct</u> in the First Circuit.**


Before even addressing the content of the **VOID** judicial order, the Plaintiff respectfully states

the following:


Orders by judges that have been issued without jurisdiction and contain fraudulent statements

are void as if they never existed, a nullity. This is also considered very extreme judicial

misconduct. Judge Burroughs' void order furthermore states that the Plaintiff is barred from

making any future filings in this case – **(1)** essentially wiping out Plaintiff's First Amendment

Constitutional Right to redress of grievances; **(2)** wiping out his Fifth and Fourteenth

Constitutional Right to due process; and **(3)** knowingly and willingly is an act of felony treason

and conspiracy to violate rights under color of law, unless she is mentally incompetent. The judicial action invalidates all of the judge's related orders as void.[2]

**U.S. Supreme Court Chief Justice Marshall in 1821 wrote**: it is "**treason on the constitution**" when a judge "**usurps [the jurisdiction] that which is not given**" – which means that if a judge makes up law, and claims power that he does not have, it is an act of treason, *Cohens v. Virginia*, 6 Wheat. 264, 5 L.Ed 257 (1821).  The U.S. Supreme Court re-iterated this holding in *U.S. v. Will*, 449 U.S. 200 (1980) by affirming the statement of Chief Justice Marshall and declaring that violation of law purposely by a judge is unconstitutional.

**U.S. Supreme Court judges also decided** that **it is a ", war on the constitution" when a judge violates his oath of office to support it** [including supporting statutes of a state = due process], *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401(1958).

---

[2] *Earle v. McVeigh*, 91 US 503, 23 L Ed 398;  *Hanson v Denckla*, 357 US 235, 2 L Ed 2d 1283, 78 S Ct 1228; Am Jur  Judgments " 44, 45; *Renaud v. Abbott*, 116 US 277, 29 L Ed 629, 6 S Ct  1194; *Sabariego v Maverick*, 124 US 261, 31 L Ed 430, 8 S Ct 461; *Kalb v. Feuerstein* (1940) 308 US 433, 60  S Ct 343, 84 L ed 370; *Ex parte Rowland* (1882) 104 U.S. 604, 26 L.Ed.  861; "A judgment which is void upon its face, and which requires only an  inspection of the judgment roll to demonstrate its wants of vitality is a dead  limb upon the judicial tree, which should be lopped off, if the power to do so  exists", *People v. Greene*, 71 Cal. 100 [16 Pac. 197, 5 Am. St. Rep.  448]; "If a court grants relief, which under the circumstances it hasn't  any authority to grant, its judgment is to that extent void." (1 Freeman  on Judgments, 120-c.) An illegal order is forever void; an order that <u>exceeds  the jurisdiction of the court is void, and can be attacked in any proceeding in  any court where the validity of the judgment comes into issue.</u> *Rose v.  Himely* (1808) 4 Cranch 241, 2 L. Ed 608; *Pennoyer v. Neff* (1877) 95  U.S. 714, 24 L. Ed. 565; *Thompson v. Whitman* (1873) 18 Wall 457, 21 l ED  897; *Windsor v. McVeigh* (1876) 93 U.S. 274, 23 L. Ed. 914; *McDonald  v. Mabee* (1917) 243 U.S. 90, 37 S. Ct. 343, 61 L ed 608; *U.S. v.  Holtzman*, 762 F.2d 720 (9th Cir. 1985); courts may not attempt to resolve  controversies which are not properly presented to them for, if they should do  so, it would violate not only the precepts of Constitutional due process, but  would fly in the face of the American tradition of adversary litigation. *In Re Custody of Ayala*, 344 Ill.3d 574,  800 N.E.2d 524, 534-35 (1st Dis. 2003); *Ligon  v. Williams*, 264 Ill.App.3d 701, 637 N.E.2d 633, 639 (1st Dis. 1994); *In re Estate of Rice*, 77 Ill.App.3d 641,  656-57, 396 N.E.2d 298, 310 (1979).

Therefore, since Judge Burroughs is blatantly and willfully violating her oath of office by continuing to rule without jurisdiction, she is believed to be committing incremental acts Treason - a violation of federal law **18 U.S.C. 2381** (Treason). **Serving as witnesses** to this act of Treason (aside from the Plaintiff) is; **(1)** The Clerk of the US District Court – **Christina McDonagh**, and **(2)** ALL named Defendants including the Defendant – Commonwealth of Massachusetts.[3] Judge Burroughs is also considered to be in violation of civil rights under color of law and conspiracy to violate civil rights, **18 U.S. C. 241 and 242**.

With regard to the content of the VOID order itself, the Plaintiff makes clear the following clarifications:

1. First, Judge Burroughs gives a distorted, misrepresented, background history of the Plaintiff's complaint. Keep in mind that the Plaintiff is a pro se litigant, with no legal background, bringing evidenced claims related to this **Nation's 2008 Foreclosure Crisis** – and **an illegal foreclosure as identified by the Department of Justice, Massachusetts Office of the Attorney General and Federal Bank Regulators**. The complexity of legal issues involves not only: **(1)** real estate/foreclosure law, but also **(2)** Intellectual Property Rights including Economic Espionage, **(3)** Constitutional violations; **(4)** Evidenced RICO violations; **(5)** unfair and deceptive practices and others. The Plaintiff has historically presented what should be considered a "textbook" scenario for assistance with the appointment of counsel, pursuant to **28 U.S.C § 1915**. However, despite presenting supported arguments that clearly pass the *"four-factor test"* including success on the merits, assistance with the appointment of counsel was denied – without

---

[3] Representing counsel for the Commonwealth is Assistant AG Jesse Boodoo.

valid cause. This (repeated) failure to properly exercise judicial discretion indicates a failure to uphold 28 U.S.C § 1915, - impacting jurisdiction, showing cause for the judge's recusal and for bringing a judicial misconduct complaint. In this most recent (void) order, Judge Burroughs never even acknowledges the Plaintiff's request for assistance with the appointment of counsel.

2.  Next, Judge Burroughs states the following:


*"Harihar sought to further amend his complaint, but the Court denied those requests because it found that the proposed amendments were <u>futile</u> and would have been unduly prejudicial to the Defendants."*


Some examples of the proposed amendments Judge Burroughs considered as "futile" includes (but is not limited to: **(1) ECONOMIC ESPIONAGE** – referencing the Plaintiff's Intellectual Property (IP)/Trade Secret known as the **HARIHAR FCS model**. This economic framework had been successfully delivered to multiple government offices agencies **including members of Congress, the House Financial Services Committee and the Executive Office of the President (Obama Administration, per the specific request of former VP, Joe Biden)**. Successful implementation of the Plaintiff's IP is expected to (conservatively) deliver over **$5T** in economic growth to the US, while delivering substantial relief to Illegally foreclosed homeowners nationwide. Nowhere in the record, does Judge Burroughs (our ANY other presiding Judicial officer related to this litigation) even reference the words **Economic Espionage** or violations to the **Economic Espionage Act of 1996, 18 U.S. Code § 1831.** This refusal to

acknowledge and uphold 18 U.S. Code § 1831 was another reason to call for the judge's recusal.

A second example of what Judge Burroughs considered futile was the **Discovery of an improper relationship between the US ATTORNEY'S OFFICE (MA), the MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL and BANK ATTORNEYS for BANK DEFENDANTS – WELLS FARGO AND US BANK.** The Plaintiff references the **West LegalEd Center** course entitled, ***"After the Bubble Bursts"***– **Mortgage and Foreclosure issues in Criminal and Civil Litigation.**[4] In this continuing education course for lawyers – the guest speakers brought in to help **TEACH** the course on **how to DEFEND against mortgage fraud** came from: **(1)** the US Attorney's Office (MA); **(2)**  the MA Attorney General's Office; **(3)** the Boston BAR Association: and **(4)** the prior representing law firm to the **BANK DEFENDANTS – WELLS FARGO and US BANK, Nelson Mullins LLP.** The Court will also recall that guest speaker (and Defendant) - **attorney Jeffrey S. Patterson** (Nelson Mullins LLP) was previously co-counsel to the **Defendant - attorney David E. Fialkow** (now with K&L Gates, LLP) in this very case. These are just two (2) of many judicial failures evidenced by Judge Burroughs.

What is considered the primary judicial failure came when the Plaintiff discovered new evidenced, shortly after receiving all of the Defendants' – Motions to Dismiss. The Discovery was a case brought by The United States against several banks – where

---

[4] **See Exhibit B**

Nationally recognized **FRAUD EXPERT - Lynn Szymoniak** stated under oath in her lawsuit **(along with The United States)**[5] that, ***"Defendants used fraudulent mortgage assignments to conceal that over 1400 MBS trusts, each with mortgages valued at over $1 billion, are missing critical documents,"*** meaning that at least **$1.4 trillion** in mortgage-backed securities are, in fact, **non-mortgage-backed securities**. Because of the strict laws governing of these kinds of securitizations, there's no way to make the assignments after the fact. Activists have a name for this: **"securitization FAIL."** The mortgage belonging to the Plaintiff is contained in one of the 1400 trusts[6], which are now considered VOID (Further articulation of Ms. Szymoniak's testimony is already part of this record). This new discovery directly contradicts ALL of the Defendant's Motion to Dismiss arguments, showing cause for the Plaintiff to file a Motion alleging Fraud on the Court, pursuant to **Fed. R. Civ. P. 60(b)(3)**. Not only did the **Defendants fail to file ANY opposition to the Plaintiff's Rule 60 motion**, but the record clearly shows that Judge Burroughs **BLATANTLY IGNORED the Fraud on the Court claim as if never raised.** The Plaintiff made multiple efforts to inform Judge Burroughs that if she continued to ignore a Federal Rule of Civil Procedure, that it would show cause to file a judicial misconduct complaint against her and would disqualify her from ruling further on this complaint (or any other). The Plaintiff's efforts were again ignored – and a judicial misconduct complaint was filed. The Plaintiff then respectfully informed Judge Burroughs that her judicial failures impacted jurisdiction and she must recuse herself. Again, the Plaintiff was ignored and the judge continued to rule on the docket. The Plaintiff then informed Judge Burroughs that she was continuing to rule after losing

---

[5] **Docket No: 2013CV00464 USA VS ACE SEC. CORP. ET AL**
[6] Referencing the **CITIGROUP RMBS Trust, CMLTI 2006 AR-1**

jurisdiction – and that by doing so, it was interpreted as ***"Warring against the US Constitution,"*** an act of judicial Treason. Judge Burroughs gave no rebuttal and continued to rule. Based on his interpretation of Federal law, the Plaintiff was compelled to file formal Treason claims against US District Court Judge Allison Dale Burroughs (six counts). Serving as witnesses to the treason claim(s) were the fourteen (14) Defendants, their retained counsel and the clerk of the court. After notifying the Court, formal criminal complaints were filed with the FBI, and both the Governor's Office as well as The White House (Obama administration) were notified – as required by Federal law. It was only then, that Judge Burroughs issued the **VOID** March 31, 2017 dismissal order. **Shortly thereafter, Judge Burroughs recused herself on June 19, 2017.** That same, identical pattern of corrupt conduct has been evidenced as part of the record ever since. To date, the Plaintiff has (as a matter of record) brought judicial misconduct complaints against fifteen (15) federal judges and separately against all nine (9) Justices of the US Supreme Court. There has been an **UNPRECEDENTED Eleven (11) RECUSALS** (9 federal, 2 state) associated with this litigation. **Treason claims** have now been formally brought against – 9 federal judges, 1 MA state judge and all 9 Justices of the US Supreme Court for continuing to rule after jurisdiction had been lost. **NO JUDGE OR JUSTICE HAS REFUTED A SINGLE JUDICIAL MISCONDUCT CLAIM, INCLUDING TREASON.** The Plaintiff respectfully makes clear that **ALL** orders associated with this litigation are considered **<u>VOID</u>**, including the denial of **Certiorari Petition No. 18-7752**. Therefore, this action has **NOT** run its full and complete course within the federal judicial system.

Next, Judge Burroughs states **eight (8) reasons** for issuing the order – all of which are inaccurate (and invalid):

1. **<u>Federal Rule 60b</u>** – this Court is respectfully reminded that the Commonwealth of Massachusetts is a Defendant in this Federal lawsuit. Evidenced claims against the Commonwealth and its former Attorney General, Defendant – Martha Coakley **ALREADY** include an UNOPPOSED Fraud on the Court claim under **Fed. R. Civ. P. 60(b)(3)** – for its systemic failures within the state's judiciary and within the MA AGO.[7] Both Sovereign and Judicial immunity are considered WAIVED when Fraud upon the Court has been evidenced, as is the case here. Based on the continued judicial abuses evidenced in the Middlesex Superior Court (and separately the MA Land Court) a motion to amend the original complaint and expand upon the Rule 60(b)(3) claim against the Commonwealth is certainly warranted. Rule 60(b)(4) is also appropriate as the Plaintiff also shows cause to amend his original complaint and expand upon his existing claims as the judicial abuses evidenced by the Commonwealth are considered egregious. Similarly, the Plaintiff shows cause to amend his original complaint and to expand upon his Rule 60(b)(3) claims against: **(1)** Bank Defendants – WELLS FARGO/US BANK; **(2)** Defendant – David E. Fialkow; and **(3)** Defendants – Jeffrey/Isabelle Perkins, as their arguments of record continue to demonstrate fraud upon the Court. The Plaintiff's evidenced argument of record clearly show that these parties NEVER had legal standing to the Plaintiff's property following the improper securitization of the referenced RMBS Trust - yet they continue to conspire to defraud the Plaintiff of his HOMESTEAD. The Plaintiff also shows cause to add additional

---

[7] **MA AGO** – Massachusetts Office of the Attorney General.

Defendants – **MERS, Inc.**, who also now claims to hold standing to the Plaintiff's property and **Jeffrey B. Loeb, Esq. (Rich May, PC)** – both of these parties have (at minimum) similarly demonstrated Rule 60b violations. Litigation privilege is considered waived with the evidenced Fraud on the Court claim(s).

2. Judge Burroughs is incorrect when she states, ***"to the extent Harihar seeks relief from the dismissal of this action, his remedy was to appeal the Court's order.  He has now exhausted his rights to appeal without success."*** As a matter of record, the Plaintiff evidenced the same, identical patters of corrupt conduct by the **First Circuit Panel – Circuit Judges: (1) Hon. William J. Kayatta, Jr., (2) Hon. David J. Barron and (3) Hon. Juan R. Torruella**. The Court is respectfully reminded that this panel **ALSO RECUSED** themselves AFTER they had similarly lost jurisdiction and formal Treason claims were brought against them.

3. **28 U.S.C. § 1446(a)** ***"short and plain statement of the grounds for removal."***
   The Plaintiff – Mohan A. Harihar respectfully states that he seeks removal of the referenced Middlesex Superior Court Complaint to this US District Court, as referenced Defendants including the Defendant – Commonwealth of Massachusetts continue to exemplify patterns of corrupt conduct that certainly impact this Federal litigation, including (but not limited to) Fraud and egregious judicial misconduct.

4. **JS 44 Form (Civil Cover Sheet)** – is not required when the Plaintiff seeks to amend his original federal complaint.

5. ***"28 U.S.C. §§ 1441(a) and 1446(a) provide for removal by defendants only"***
   When such an egregious pattern of misconduct continues to be exemplified in Massachusetts state courts, the Federal Court **SHOULD** have the flexibility for removal

under 28 U.S.C. §§ 1441(a) and 1446(a) whether the litigant is a defendant or plaintiff. Regardless (at minimum), the Plaintiff overcomes this issue by showing cause to amend this original complaint and expand upon his existing Rule 60 claims.

6. The Plaintiff's timeliness for removal comes as a third Middlesex Superior Court Judge has been called out for misconduct since the improper transfer from the MA Land Court. To date, **Judge Janice W. Howe** becomes the **ninth (9th)** Middlesex Superior Court judge to be called out for misconduct. Prior to the assignment of Judge Howe, there were two (2) recusals – first the **Hon. Kenneth J. Fishman**, who also stands formally accused of treason for issuing orders after losing jurisdiction; and second, the **Hon. Maureen Hogan** who recused herself for reasons unknown. Unnecessary judicial delay is clearly been evidenced by the Court's failure to rule on the Plaintiff's nine (9) motions, prior to moving forward with a hearing for summary judgement. Examples include: **(1)** Motion to Address the Improper Transfer from the Land Court and Clarification of Jurisdiction; **(2)** Motion for Clarification from the MA AGO regarding the intention to bring related criminal indictments; **(3)** Motion for Injunctive relief, and others. Aside from the unnecessary delay, this Court has been informed that the **<u>Middlesex Superior Court Clerk – Arthur Deguglielmo, has been given direction by Judge Howe – NOT to file three (3) separate Plaintiff Notices as part of the record.</u>** These Plaintiff filings include formal letters delivered to: **(1) President Donald J. Trump; (2) Governor Charlie Baker (R-MA); and (3) US Senator (and 2020 Presidential Candidate) Elizabeth Warren. Based on these evidenced actions - in NO WAY, does this Plaintiff believe he will receive fair judgement in the Commonwealth of Massachusetts.**

7.  The Plaintiff clarifies that he seeks to amend his original complaint under Rule 60, as his evidenced claims against named Defendants and judicial officers include Fraud. Second, any historical denials for amendment are clearly considered VOID, not only by the recusal of Judge Burroughs, but by the **EIGHT (8) Federal recusals** that have followed since.

8.  This action cannot be considered terminated, since the dismissal order associated with this Docket No. 15-cv-11880 is VOID. The failures to initiate corrective action by this District Court, the First Circuit Court of Appeals and the US Supreme Court indicate a failed judicial branch of government that serves as a threat to **EVERY American**. If left uncorrected, the Plaintiff shows cause to file a new complaint against The United States in the US Court of Federal Claims.

## <u>CONCLUSION</u>

Therefore, for the reasons stated within, the order issued by **RECUSED** US District Court Judge – **Hon. Allison Dale Burroughs** is considered **VOID** and an act of Judicial Treason under **ARTICLE III, Section 3**, and **18 U.S. Code § 2381. President Trump** has officially been informed of this evidenced Treason claim, as has **Governor Charlie Baker (R-MA). US Senator Elizabeth Warren (D-MA)** is again informed as required **under ARTICLE II**, for the specific purpose of informing Congress – specifically the **House and Senate Judiciary Committees**, as the evidenced claims against judicial officers show cause for impeachment and potential removal from the bench. Additionally, **<u>once jurisdiction has been restored</u>**, the Plaintiff respectfully maintains his requests for the Court to allow:

1. The Transfer of the referenced Middlesex Superior Court Docket to this Court;

2. The Amendment of the original federal complaint as stated; and

3. Assistance with the Appointment of Counsel, pursuant to **Title 28 U.S.C. §1915.**

**Please be advised, this litigation is related to a new complaint now being prepared for filing in The United States Court of Federal Claims; and includes matters perceived to impact National Security**. Therefore, the following government offices/agencies/committees will necessarily receive copies of this filing (via email, US Mail and/or social media):

1. POTUS (via [www.whitehouse.gov](http://www.whitehouse.gov))[8];
2. US Secret Service;
3. Securities and Exchange Commission (SEC);
4. Office of the US Inspector General (OIG) - specifically, IG Michael Horowitz;
5. Department of Justice (DOJ) - specifically, US Attorney General, William Barr;
6. Federal Bureau of Investigation (FBI);
7. Administrative Office of US Courts - specifically, Director James C. Duff;
8. House/Senate Judiciary Committees;
9. Governor Charlie Baker (R-MA);
10. US Senator Elizabeth Warren (D-MA);
11. US Senator Ed Markey (D-MA);
12. US Congresswoman Lori Trahan (D-MA);
13. US Congresswoman Ayanna Pressley (D-MA);
14. The MA Office of the Inspector General; and
15. MA Attorney General Maura Healey

Copies of this Motion will also be made available to the Public and to media outlets nationwide for documentation purposes **and out of continued concerns for my personal safety and security**. If your Honor has ANY questions regarding any portion of this MOTION, or requires

---

[8] **See Exhibit C** to review to the email confirmation of receipt from the White House.

additional information, the Plaintiff is happy to provide upon request. The Plaintiff is grateful

for the Court's attention to this very serious matter.


### Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,

information, and belief that this Notice: (1) is not being presented for an improper purpose, such

as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported

by existing law or by a non-frivolous argument for extending, modifying, or reversing existing

law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely

have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the Motion otherwise complies with the requirements of Rule 11.


Respectfully submitted,


_____

**Mohan a. Harihar**
*Plaintiff – Pro Se*
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
August 2, 2019                    Mo.harihar@gmail.com

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MOHAN A. HARIHAR
            Plaintiff,

    v.
                                        CR No. 17-11109-ADB

UNITED STATES OF AMERICA
            Defendant,


<u>ORDER OF RECUSAL</u>

<u>BURROUGHS, D.J.</u>

    I hereby disqualify myself in this proceeding pursuant to 28
U.S.C. § 455 (a).  The case will be redrawn to another district
judge in the Eastern Division.
 SO ORDERED.



                          /s/ Allison D. Burroughs
                         Allison D. Burroughs
                         United States District Judge


Dated: 6/19/17

# <u>Exhibit B</u>

http://westlegaledcenter.com/program_guide/course_detail.jsf?courseId=35195799&sc_cid=HPL_Boston_Mortgage_032811

# West LegalEdcenter®

**DO YOU HAVE A PROGRAM SUGGESTION?**    Let us know >

| Welcome | My CLE Knowledge Center * | Search Catalog | State Requirements | Content Partners |

RSS Feeds 🔊 Test Your Computer | Help | Shopping Cart | Contact Us | Sign In

## Program Details

**OnePass Sign-in**

### SIGN IN

New User Registration
Forgot Username/Password
Video Help

**Browse Programs**

**CLE**

Accredited For
Specialty Credits
State-Specific Law
Practice Areas
Content Partners

Core Business and
Professional Skills

Paralegal Studies

Subscriptions

Thomson Reuters Product
Trainings

RSS Feeds 🔊

**Live Program Calendar**



After the Bubble-Bursts:
Mortgage and Foreclosure
Issues in Criminal and Civil
Litigation

LIVE WEBCAST

Content
Partner:  Boston
Bar Association

Boston Bar

Price:            $140.00*
Member Price: $115.00

This program is no
longer available.

**\* Applicable Membership or Subscription discounts
will be added in your shopping cart**

**Description:**

Criminal and civil litigation in mortgage and foreclosure
cases is an area in which legal issues are rapidly
evolving, stakes are high and uncertainty is rampant.
As a result, a variety of different areas of practice
overlap for many clients and practitioners.

This program will focus on criminal and regulatory
issues emerging from the collapse of the national real
estate and secondary mortgage markets. Among the
topics to be explored are: the uncovering of widespread
fraud in the origination of mortgages prior to the
collapse, and the priorities of state and federal
authorities in prosecuting such cases; civil and criminal
authorities' priorities in confronting fraud in connection
with post-collapse "foreclosure rescue" transactions;
and criminal and regulatory issues relating to banking
and foreclosure practices in connection with mortgages
held in "pooled" investment vehicles.

Attendees will gain insight into the priorities of leading
prosecution officials, including the Attorney General
and the United States Attorney in mortgage fraud and
foreclosure cases. Learn about important practical
issues and valuable strategies for criminal defense

E-mail a
colleague about
this program.

Accreditation:

AK, AR, AZ, CA,
CO, CPE-NASBA,
FL, ME, MO, MT,
ND, NJ, NY-
EXPER, OK, PA,
RI, VI, VT, WV

Alaska

Total Credits: 2.5
Specialty Credits:
Status: Reciprocal
Credit Available
Expiration: N/A
Training
Type: Online

West
LegalEdcenter
provides
accreditation as
described here.



S M T W TH F S

February 2018

All Programs for This Month

About Us

About Us

CLE Mobile

Content Partners

FAQ

Press Releases

Site Features

Video Help

Related Programs

Find more programs in same practice area(s)

Find more programs from this content partner

attorneys in this area, including the likely impact of new regulations at the state and federal level in the area of consumer protection in connection with mortgages. Two panels of experts will present some of the latest breaking developments in this area, including the impact of the SJC's ground-breaking Ibanez decision.

**Panel I: Post-Crash Criminal Prosecutions**

- Property Flips
- Foreclosure "Rescue" Schemes
- Lender and Borrower Misconduct
- Fraud in the Secondary Market
- Defending Real Estate Professionals

**Panel II: The Regulatory Response**

- Consumer Fraud Protections in the Dodd Frank Act
- Lender Liability
- Post-Ibanez Litigation

**Program Co-Chairs:**

- Juliane Balliro, Esq., Partner, Nelson Mullins Riley & Scarborough LLP
- Paul G. Levenson, Esq., Assistant U.S. Attorney, The United States Attorney's Office District of Massachusetts

| | |
|---|---|
| Practice Areas: | Criminal Law & Procedure, Real Estate Law |
| Online Media Type: | Video |
| Production Date: | 03/28/2011 4:00 PM EDT |
| Level: | Intermediate |
| Category: | Standard |
| Duration: | 2 Hours, 30 Minutes |
| Online Format: | Live |

Click here for information on subscription discounts and Group Viewing opportunities.

Purchase of this product provides **online access for 180 days. If you are purchasing a live webcast, you will**

You may be able to self apply for credits in states not listed.

Check your state requirements and get contact information.

Speakers:

- **James H. O'Brien** - Assistant Attorney General - Massachusetts Office of the Attorney General
- **Paul Levenson** - Assistant US Attorney (Panel I Moderator) - US Attorney's Office
- **Jeffrey S. Patterson, Esq.** - Nelson Mullins Riley & Scarborough LLP
- **Juliane Balliro** - Partner (Panel II Moderator) - Nelson Mullins Riley & Scarborough LLP
- **James Patrick Dowden** - Assistant U.S Attorney - US Attorney's Office
- **Thomas P. Quinn, Esq.** - Pierce Atwood, LLP

If you intend to take a course for CLE credit, please make sure your state is listed in the "Accreditation" section to the upper right of the program description. Accreditation displayed is unique to the purchased program format (live conference, live webcast, on demand, podcast). Credit totals listed for live conferences are the maximum credits available. Credits issued will be based upon actual time in attendance.  Credit totals for other formats are for complete programs.  Partial credit is not available for any online or downloadable format.

**West LegalEdcenter will not provide accreditation for states not listed.**

This product is intended for individual use by the named purchaser. Group viewings for online programs may be arranged for five or more attorneys within the same organization **prior to viewing** by emailing sales@westlegaledcenter.com.

## People who bought this program also bought:

There are no current recommendations

This product is designed to provide information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

## Page Disclaimer

No page disclaimer found.

Home | Search | CLE Requirements | Site Map

# <u>Exhibit C</u>



Get Involved

# Contact the White House

— ● ● ● —





The White House

— ● ● ● —

# THE WHITE HOUSE
## WASHINGTON

August 2, 2019

Thank you for contacting the White House. We are carefully reviewing your message.

President Donald J. Trump believes the strength of our country lies in the spirit of the American people and their willingness to stay informed and get involved. President Trump appreciates your taking the time to reach out.

Sincerely,

*The Office of Presidential Correspondence*